SKAPIK LAW GROUP
Mark J. Skapik (SBN 164957)
Geralyn L. Skapik (SBN 145055)
Blair J. Berkley (SBN 222293)
Matthew T. Falkenstein (SBN 333302)
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone: (909) 398-4404
Facsimile: (909) 398-1883

Attorneys for Plaintiffs
DAVID VILLALOBOS, an individual; D.V, a minor, by and through his guardian ad litem, Griselda Viera

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VILLALOBOS, an individual; D.V. a minor, by and through his guardian ad litem, Griselda Viera;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ONTARIO; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 5:25-cv-00384-CV-SHK<br>Judge Cynthia Valenzuela, Courtroom 10B<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

**TO THIS HONORABLE COURT:**

Plaintiffs David Villalobos and D.V., a minor, by and through his guardian *ad litem* Griselda Viera, and Defendant City of Ontario, hereby submit the following notice of conditional settlement and joint request to vacate all dates and withdraw all pending motions before this court, pending approval of the settlement by the relevant City of Ontario boards. The settlement also is predicated on the Court's approval of a minor's compromise, which will be brought before this court by way of a properly noticed petition by Plaintiffs' counsel.

1. On January 12, 2026, the parties participated in a private mediation before the Honorable Joseph S. Biderman (Ret.). During the mediation, the parties reached a conditional settlement that resolves the case in its entirety.

2. The proposed settlement is conditioned upon (1) approval by the relevant City of Ontario boards, which is anticipated to take up to 45 days; and (2) approval by this court of the minor's compromise for the claims of Plaintiff D.V., a minor.

3. Once the proposed settlement has been approved, the parties will promptly file a notice of settlement, and, within seven business days of Plaintiffs' counsel's receipt of the settlement funds in their client trust account, Plaintiffs' counsel will file a stipulated request for dismissal of this entire action with prejudice.

4. Based on the foregoing, the Parties, by and through their counsel of record, respectfully request that the Court vacate all pending dates and deadlines, including the trial date. The parties further agree that Plaintiffs' Motion for Leave to Amend the Complaint (ECF Dkt. # 23) be withdrawn and that no ruling is necessary on such motion.

5. In the event that the proposed settlement is not approved, then the Parties shall file a joint request for the pretrial and trial dates to be reset, including a new trial date.

**IT IS SO STIPULATED AND REQUESTED.**

Respectfully submitted,

                            SKAPIK LAW GROUP

Dated: January 15, 2026      By:  */s/ Matthew T. Falkenstein*
                                            Mark J. Skapik
                                            Geralyn L. Skapik
                                            Blair J. Berkley
                                            Matthew T. Falkenstein[1]
                                            Attorneys for Plaintiffs,
                                            DAVID VILLALOBOS, an individual; D.V, a minor, by and through his guardian ad litem, Griselda Viera

Dated: January 15, 2026      JONES & MAYER

                                    By:  */s/ Melissa M. Ballard*
                                            JAMES R. TOUCHSTONE
                                            MELISSA M. BALLARD
                                            Attorneys for Defendant

---

[1] I, Matthew T. Falkenstein, hereby attest that all other signatories listed below, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing.

JOINT NOTICE OF CONDITIONAL SETTLEMENT AND JOINT REQUEST TO VACATE ALL DATES