UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VILLALOBOS, an individual; D.V. a minor, and through his guardian ad litem, Griselda Viera;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  5:25-CV-00384-CV-SHK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [34]** |

## <u>ORDER</u>

On April 28, 2026, the parties filed a Joint Stipulation for Dismissal with Prejudice (the "Stipulation"). Doc. # 34. The Court, having considered the parties' Stipulation and good causing having been found, hereby GRANTS the Stipulation and ORDERS this case dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: 4/30/26

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE